AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

2026 JAN 30 AM11:41

CLERK'S OFFICE USDC PR

RECEIVED AND FILED

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

An HP Desktop Computer, model number p2 - 1334 and serial number MXU23902Y4 that is in the custody of FDA-OCI

)
)
)
)
)
)
)

Case No. 26-022 (M)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

An HP Desktop Computer, model number p2 - 1334 and serial number MXU23902Y4 located in the FDA–OCI Evidence Room located at Plaza las Americas Tower, 525 Roosevelt Ave., Suite 1118, San Juan, PR 00918

located in the _____judicial_____ District of _____Puerto Rico_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1349 | Conspiracy to Commit Mail and Wire Fraud |
| 18 USC 670 | Obtaining Pre-Retail Medical Products by Fraud |
| 21 USC 331(a) | Introduction of Misbranded Drugs into Interstate Commerce |

The application is based on these facts:
See attached Affidavit incorporated herein.
Reviewed and approved by SAUSA Kyrsten Melander on 1/12/2026

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Jose Cruz-pillich -S -s

Digitally signed by Jose Cruz-pillich
Date: 2026.01.12 15:03:40 -04'00'

*Applicant's signature*

Jose I. Cruz-Pillich FDA-OCI Special Agent

*Printed name and title*

Sworn to before me and signed ~~in my presence~~. *by phone at 4:39 p.m. pursuant to FRCP 4.1.*

Date: _____01/12/2026_____

*Judge's signature*

City and state: San Juan, Puerto Rico

USMJ Hector L. Ramos-Vega

*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>26-022 (M) | Date and time warrant executed:<br>01/18/2026 | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of : N/A | | |

Inventory of the property taken and name of any person(s) seized:

HP Desktop computer, model number p2-1334 and serial number MXV23902Y4

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01-22-2026

_Executing officer's signature_

Jose L. Cruz-Billion  SA-FDA-OCI

_Printed name and title_